Same case below, 422 Fed. Appx. 735 (first judgment); and 428 Fed. Appx. 789 (second judgment).

**No. 11-5211. Paul Ezra Rhoades, Petitioner v. Jeff Henry, Warden.**

565 U.S. 946, 132 S. Ct. 401, 181 L. Ed. 2d 263, 2011 U.S. LEXIS 7296.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 638 F.3d 1027.

**No. 11-5212. Paul Ezra Rhoades, Petitioner v. Jeff Henry, Warden.**

565 U.S. 946, 132 S. Ct. 401, 181 L. Ed. 2d 263, 2011 U.S. LEXIS 7421.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 598 F.3d 495.

**No. 11-5242. Wesley Lynn Ruiz, Petitioner v. Texas.**

565 U.S. 946, 132 S. Ct. 402, 181 L. Ed. 2d 263, 2011 U.S. LEXIS 7327.

October 11, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-5246. Enrique Alphonso Gayle, Petitioner v. United States.**

565 U.S. 946, 132 S. Ct. 402, 181 L. Ed. 2d 263, 2011 U.S. LEXIS 7350.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5545. Ricky Javon Gray, Petitioner v. Loretta Kelly, Warden.**

565 U.S. 946, 132 S. Ct. 403, 181 L. Ed. 2d 263, 2011 U.S. LEXIS 7334.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

Same case below, 281 Va. 303, 707 S.E.2d 275.

**No. 11-5561. Kenneth Seaton, Petitioner v. Barbara Caperton.**

565 U.S. 946, 132 S. Ct. 403, 181 L. Ed. 2d 263, 2011 U.S. LEXIS 7273.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

**No. 11-5568. Scott Alan Lehr, Petitioner v. Arizona.**

565 U.S. 946, 132 S. Ct. 403, 181 L. Ed. 2d 263, 2011 U.S. LEXIS 7325.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Arizona denied.

Same case below, 227 Ariz. 140, 254 P.3d 379.